OFFICE OF DISCIPLINARY COUNSEL *v.* MORFORD.

[Cite as Disciplinary Counsel *v.* Morford (1989), 46 Ohio St. 3d 173.]

(No. 89-1101—Submitted August 15, 1989—Decided October 25, 1989.)

*J. Warren Bettis,* disciplinary counsel, *Mark H. Aultman* and *Frederick L. Oremus,* for relator.

*Per Curiam.* We concur with the board's findings and recommendations. Respondent is indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.